CLOSED,ECF,PRO−SE,SUA−SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24−cv−03227−LTS

| | |
|---|---|
| Williams v. City of Louisville Police Dept. et al | Date Filed: 04/26/2024 |
| Assigned to: Judge Laura Taylor Swain | Date Terminated: 05/08/2024 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Clifton Clinton Williams, IV** | represented by | **Clifton Clinton Williams, IV**<br>146 Clay St.<br>Brooklyn, NY 11222<br>646 533 5196<br>PRO SE |

V.

**Defendant**

**City of Louisville Police Dept.**

**Defendant**

**Victims Rights and Advocacy Human Resources**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2024 | Ï1 | COMPLAINT against City of Louisville Police Dept., Victims Rights and Advocacy Human Resources. Document filed by Clifton Clinton Williams, IV..(rdz) (Entered: 04/29/2024) |
| 04/26/2024 | Ï | Case Designated ECF. (rdz) (Entered: 04/29/2024) |
| 04/26/2024 | Ï2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Clifton Clinton Williams, IV..(rdz) (Entered: 04/29/2024) |
| 04/29/2024 | Ï3 | STANDING ORDER M10−468: To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a partys obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information.Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed |

| | | |
|---|---|---|
| | | without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the courts electronic docket. A notice directing the parties attention to this order shall be docketed (and mailed to any self–represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the courts records. SO ORDERED. (Signed by Chief Judge Laura Taylor Swain on 3/18/2024) (rdz) (Entered: 04/29/2024) |
| 04/30/2024 | Ï | MAILING RECEIPT: Document No: 3. Mailed to: Clifton Clinton Williams IV 146 Clay St. Brooklyn, NY 11222. (vn) (Entered: 04/30/2024) |
| 05/01/2024 | Ï 4 | TRANSFER ORDER: The Clerk of Court is directed to transfer this action to the United States District Court for the Western District of Kentucky. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes this case. The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Signed by Judge Laura Taylor Swain on 5/1/2024) (vfr) Transmission to Office of the Clerk of Court for processing. (Entered: 05/01/2024) |
| 05/02/2024 | Ï | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 05/02/2024) |
| 05/02/2024 | Ï | MAILING RECEIPT: Document No: 4. Mailed to: Clifton Clinton Williams IV 146 Clay St. Brooklyn, NY 11222. (sha) (Entered: 05/02/2024) |
| 05/08/2024 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Western District of Kentucky.(vfr) (Entered: 05/08/2024) |